

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROOSEVELT SMITH, JR.,

        Petitioner,                No. CIV S-06-1552 DFL DAD P

    vs.

MARTIN VEAL, Warden, et al.,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. In his habeas petition, petitioner challenges the sentence imposed by the Stanislaus County Superior Court in 1995.

        Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d). A civil action that has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division. Local Rule 3-120(f). This action will therefore be transferred to the Fresno Division of the court.

/////

/////

1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2               1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4               2.  All future filings shall reference the new Fresno case number to be assigned to

5 the case and shall be filed at:

6          United States District Court
            Eastern District of California

7          2500 Tulare Street
            Fresno, CA 93721

8

9 DATED: July 20, 2006.

10

11 _____

12 DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

13 DAD:13:bb
   smit1552.109

14

15

16

17

18

19

20

21

22

23

24

25

26